**GARRY DEAN STRONER**
**#1777671-Coffield Unit**
**2661 F.M. 2054**
**TENNESSEE COLONY,TEXAS 75884**

---

January 14, 2014

Able Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

        RE: Your correspondence of January 8, 2015

Dear Mr. Acosta,

Greetings.  I am in receipt of your correspondence of January 8, 2015.  Where you inform me:
        "Your petition for Discretionary Review was filed in this Court on 3/6/2014 and was refused on 4/2/2014.  The Motion for rehearing is due 15 days from the date of refusal. If not motion for rehearing is filed, the record will be returned to the court of appeals."

I am at a loss as to the purpose of this letter!  I filed a motion for rehearing , which was rejected for non-compliance on April 17, 2014, pursuant to rule 79.2(c) T.R.A.P.

Consequently, I am requesting that you clarify the meaning of your letter of January 8, 2015.

Thank you for your time and consideration to this matter.

Respectfully

Garry D. Stroner

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

cc: file

Abel Acosta, Clerk

rb